373 A.2d 458

**In re Involuntary Termination of Margaret Hazel LAUBACH, Appellant.**

**In re Lenora HAZEL.**

Supreme Court of Pennsylvania.

Argued April 4, 1977.

Decided June 3, 1977.

Warren R. Baldys, Jr., Williamsport, for appellant.

Robert James Wollet, Williamsport, Dudley N. Anderson, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Decree affirmed. Each party to pay own costs.